UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

v.

JAMES LEWIS JOHANSEN,

          Defendant.

Case: 1:25-cr-20349
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 05-14-2025

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
### (18 U.S.C. §§ 2244(a)(5), 1151 and 1153)
### Abusive Sexual Contact

In or around February 2025, in the Northern Division of the Eastern District of Michigan, within Indian country, as defined in 18 U.S.C. § 1151, that is, the Isabella Reservation, **James Lewis Johansen,** an Indian, knowingly engaged in sexual contact with Minor Victim 1, that is, he intentionally touched Minor Victim 1's genitalia through the clothing with the intent to abuse, humiliate, harass, degrade, and arouse or gratify the sexual desire of any person when Minor Victim 1 had not yet attained the age of 12, in violation of 18 U.S.C. §§ 2244(a)(5), 1151 and 1153.

Dated: May 14, 2025

JEROME F. GORGON, JR.
United States Attorney

*s/Roy R. Kranz*
ROY R. KRANZ
Assistant U.S. Attorney
101 First Street, Suite 200
Bay City, Michigan 48708-5747
(989) 895-5712
roy.kranz@usdoj.gov
(P56903)

THIS IS A TRUE BILL

*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

*s/Anthony P. Vance*
ANTHONY P. VANCE
Assistant U.S. Attorney
Chief, Branch Offices

| Companion Case information MUST be completed by AUSA and initialed | | |
|---|---|---|
| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

**Companion Case Information**

This may be a companion case based upon LCrR 57.10 (b)(4)[1]:

☐ Yes    x No

Case: 1:25-cr-20349
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 05-14-2025

**Case Title:** USA v. James Lewis Johansen

**County where offense occurred:** Isabella

**Check One:**  X Felony    __ Misdemeanor    __ Petty

    __X__ Indictment/____ Information --- no prior complaint.
    _____ Indictment/____ Information --- based upon prior complaint []
    _____ Indictment/____ Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____    **Judge:** _____

    ☐   Corrects errors; no additional charges or defendants.
    ☐   Involves, for plea purposes, different charges or adds counts.
    ☐   Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

Date: May 14, 2025

s/Roy R. Kranz
Roy R. Kranz
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Phone:  989-895-5712
Fax: 989-895-5790
E-Mail address: roy.kranz@usdoj.gov
Attorney Bar #:  P56903

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.